strict compliance therewith. When the complaint contains no averment of a wrongful taking, but alleges a wrongful detention only, it is not necessary that the answer should allege title in a third party, but a general denial is sufficient. (See *Griffin* v. *Long Island Railroad Co.*, 101 N. Y. 348; *Byrne* v. *Weidenfeld*, 113 App. Div. 451; *Siedenbach* v. *Riley*, 111 N. Y. 560.) Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

CELIA KARPF, Appellant, v. LOUIS KARPF, Respondent.— Order denying plaintiff's motion for alimony and counsel fees reversed on the law and the facts, with ten dollars costs and disbursements, and matter remitted to the Special Term to consider the motion anew upon all the papers submitted, including the summons and complaint and the replying affidavit on the part of the plaintiff. The learned Special Term having granted leave to plaintiff to submit such replying affidavit should have deferred its decision of the motion until receiving the same. This disposition of the order makes unnecessary any decision of the appeal from the order denying plaintiff's motion for resettlement, and the appeal from that order is, therefore, dismissed, without costs. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

DAVID LIPPOFF, as Guardian ad Litem of MIRIAM LIPPOFF, an Infant, etc., Appellant, v. ABRAHAM WEINSTOCK, Respondent.— Judgment and order reversed on the law, and new trial granted, with costs to abide the event, because of the failure of the trial justice to submit to the jury the question of alleged excessive speed as a ground of negligence. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

DAVID LIPPOFF, Appellant, v. ABRAHAM WEINSTOCK, Respondent.— Judgment and order reversed on the law, and new trial granted, with costs to abide the event, because of the failure of the trial justice to submit to the jury the question of alleged excessive speed as a ground of negligence. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

ABRAHAM MILLER, Appellant, v. JULIUS LEVY and Others, Respondents.— Order granting defendants' motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

OLIVER MOTT, Respondent, v. SIDNEY MATZ, Appellant.— Order denying in part defendant's motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Rich, Manning, Young and Lazansky, JJ., concur; Kelly, P. J., dissents.

DANIEL F. NUGENT, Respondent, v. WILLIAM E. D. STOKES, JR., Appellant.— Order denying motion to vacate and set aside service of summons affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox and Manning, JJ., concur; Lazansky, J., not voting.

ROSE M. PALMER and Another, Appellants, v. ROTARY REALTY Co., INC., SAMUEL COHN and ALEXANDER HOLMAN, Respondents.— Orders denying plaintiffs' motions to vacate decisions of the Special Term, order staying them from further proceedings until costs are paid, and order denying their motion for reargument of former motions, respectively, affirmed with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN LEVINE, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously